# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
RICK J LATTANZIO § Case No. 13-49205
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_\_ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/N. Neville Reid, Trustee_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-49205 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICK J LATTANZIO | | | | Date Filed (f) or Converted (c): | 12/30/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 11/17/2014 | | | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE - Chicago, IL<br><br>420 E Waterside Drive, #2514, Chicago, IL 60601 and parking space Debtor's residence. | 830,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - Oak Brook, IL<br><br>19W280 Palace Green, Oak Brook, IL 60523 Debtor on deed to property along with ex-wife Christine M. Lattanzio as joint tenants. Debtor is holding his tenancy in trust for Christine subject to provisions of Marital Settlement Agreement which states that Christine shall have exclusive possession until the sale of the property and that Christine retains all proceeds of any sale. Market value $257,000.00 - Not property of the Estate.<br><br>[Held in trust pending sale pursuant to marital settlement agreement] | 0.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 320.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS<br><br>Household furniture at Chicago Condo | 750.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES<br><br>misc. books and records | 250.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL<br><br>normal wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY<br><br>3 watches | 150.00 | Unknown | | 0.00 | FA |
| 8. INSURANCE POLICIES<br><br>Protective Life term policy expiring on 12/31/2013 $300,000. No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 9. PARTNERSHIPS<br><br>Shared Marketing Services, Inc. - 60% of outstanding stock - company assets sold in chapter 11. | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-49205 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICK J LATTANZIO | | | | Date Filed (f) or Converted (c): | 12/30/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 11/17/2014 | | | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. BOATS AND ACCESSORIES  2002 Sea Ray boat 380 Sundancer - in storage. | 94,741.00 | 79,882.12 | | 85,000.00 | FA |
| 11. OTHER MISCELLANEOUS - 2014 Tax Refund  2014 Income tax refund. Estimate $10,000.00. | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. OTHER MISCELLANEOUS - Kemper Lakes Country Club  Kemper Lakes Country Club membership. Market value $5,000 less costs of sale net $3500. Monthly dues of $757.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. VOID                                    (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. Financial Accounts (u)  Per Settlement Agreement between Debtor, Michael Lattanzio and the Trustee re: funds in the Fifth Third Bank Accounts. | Unknown | 89,600.00 | | 89,600.00 | FA |
| 15. VEHICLE (u)  Per Settlement Agreement between Craig Braham and the Trustee re: 2010 Masserati Granturismo. | Unknown | 72,000.00 | | 72,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $941,711.00 | $241,482.12 | | $246,600.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case status April 2014: Sold boat per court approval. Listed gold coast condo for $999k and marketing same through court-approved broker. Investigating whether property occupied by ex-wife which is in debtor's name is held in a resultant trust or is property of estate and hence saleable. Further investigating value of jewelry and artwork and potential avoidance actions related to certain pre-petition transfers.

Initial Projected Date of Final Report (TFR): 12/30/2015    Current Projected Date of Final Report (TFR): 12/31/2014

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-49205 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: RICK J LATTANZIO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5245 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/17/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/19/14 | 10 | CHASE / SCOTT STURGES scott@dreamsoft3d.com[Remitter: Scott Sturges] | Sale of Sea Ray Boat | 1129-000 | $85,000.00 | | $85,000.00 |
| 03/21/14 | 300001 | JIM WARDLOW SkipperBud's215 North Point Dr.Winthrop Harbor, IL 60096847.872.3200 x1035 | Storage of Sea Ray Boat Invoice No. 03704 dated 3-21-14 for Winter Storage from 11-22-13 and Late Fees totalling $5,117.88. | 4210-000 | | $5,117.88 | $79,882.12 |
| 04/07/14 | 300002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $35.61 | $79,846.51 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.51 | $79,795.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.80 | $79,680.20 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.46 | $79,561.74 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.47 | $79,447.27 |
| 07/23/14 | 300003 | Jensen Litigation Solutions 180 North LaSalle Street, Suite 2800 Chicago, IL 60601 | Invoice # 294067, Job No. 121228, Job Date: 6-5-2014 Certified Transcript, Attendance and Electronic PDF - Client/Matter 05659-02 | 2990-000 | | $769.06 | $78,678.21 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.86 | $78,560.35 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.80 | $78,443.55 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: $85,000.00 | $6,556.45 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-49205 | Trustee Name: | N. Neville Reid, Trustee | |
| Case Name: | RICK J LATTANZIO | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5245 | |
| | | | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | XX-XXX4893 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/17/2014 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/14 | 14 | Baldi Berg, LTD<br>IOLTA Account<br>20 N. Clark Street #200<br>Chicago, IL 60602 | Per Settlement Agreement between Lattanzios, Braham and Trustee | 1229-000 | $89,000.00 | | $167,443.55 |
| 10/02/14 | 15 | Craig D. Braham<br>Maria C. B. Braham<br>1309 N. Greenview Avenue, Unit 1<br>Chicago, IL | Settlement payment by Craig Braham | 1229-000 | $72,000.00 | | $239,443.55 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.87 | $239,330.68 |
| 10/08/14 | 14 | Michael Lattanzio<br>420 E. Waterside Drive #2514<br>Chicago, IL 60601 | Per Settlement Agreement between Lattanzios, Braham and Trustee | 1229-000 | $600.00 | | $239,930.68 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $246,600.00 | $6,669.32 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $246,600.00 | $6,669.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $246,600.00 | $6,669.32 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*   Page Subtotals: $161,600.00  $112.87

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5245 - Checking Account (Non-Interest Earn | $246,600.00 | $6,669.32 | $239,930.68 |
| | $246,600.00 | $6,669.32 | $239,930.68 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $246,600.00 |
| Total Gross Receipts: | $246,600.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-49205-TAB  
Debtor Name: RICK J LATTANZIO  
Claims Bar Date: 5/28/2014

Date: November 17, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 50 4210 | SKIPPERBUD'S 215 North Point Drive Withrop Harbor, IL 60096 | Secured | Order Number from conversion: 32<br><br>Order Date from conversion: 3/17/2014<br><br>Extended Check Description Notes from conversion:<br>Paid per sale order [Dkt. 32]. Lien for storage of Sea Ray Boat. Invoice No. 03704 dated 3-21-14 for Winter Storage from 11-22-13 and Late Fees totalling $5,117.88 | $0.00 | $5,117.88 | $5,117.88 |
| 100 2100 | N. NEVILLE REID 200 W. MADISON, SUITE 3000 CHICAGO, IL 60606 | Administrative | | $0.00 | $15,580.00 | $15,580.00 |
| 100 2990 | Jensen Litigation Solutions 180 North LaSalle Street, Suite 2800 Chicago, IL 60601 | Administrative | | $0.00 | $769.06 | $769.06 |
| 100 3110 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street - Suite 3000 Chicago, IL 60606 | Administrative | | $0.00 | $28,995.00 | $28,995.00 |
| 100 3120 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street - Suite 3000 Chicago, IL 60606 | Administrative | | $0.00 | $1,441.84 | $1,441.84 |
| 8 210 5100 | BRENDA LATTANZIO 713 BLACKWELL DAIRY ROAD JASPER, AL 35504 | Priority | | $0.00 | $135,400.00 | $135,400.00 |
| 2 280 5800 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $0.00 | $36,608.42 | $36,608.42 |
| 4 280 5800 | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH, MIC:55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | Priority | | $0.00 | $7,859.61 | $7,859.61 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-49205-TAB  
Debtor Name: RICK J LATTANZIO  
Claims Bar Date: 5/28/2014  

Date: November 17, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>300<br>7100 | SYSCO SAN DIEGO, INC.<br>Sysco San Diego - Credit Department<br>12180 Kirkham Road<br>Poway, CA  92064 | Unsecured | Creditor has filed an amended claim 1 with the Court but it is not reflected on the docket as of today's date. Attached hereto is a copy of the amended claim. | $0.00 | $2,661.33 | $2,661.33 |
| 2<br>300<br>7100 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664 | Unsecured | | $0.00 | $3,663.37 | $3,663.37 |
| 3<br>300<br>7100 | OMRI SIKLAI AND BONI SIKLAI<br>C/O GARY I. BLACKMAN<br>LEVENFELD PEARLSTEIN, LLC<br>2 NORTH LASALLE STREET, SUITE 1300<br>CHICAGO, ILLINOIS 60602 | Unsecured | | $0.00 | $796,491.08 | $796,491.08 |
| 4<br>300<br>7100 | STATE BOARD OF EQUALIZATION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | Unsecured | | $0.00 | $3,196.10 | $3,196.10 |
| 5<br>300<br>7100 | ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>POB 30709<br>SALT LAKE CITY, UT 84130 | Unsecured | | $0.00 | $1,414,201.13 | $1,414,201.13 |
| 10<br>350<br>7200 | U S SMALL BUSINESS ADMINISTRATION<br>KATE O"LOUGHLIN<br>C/O U S SMALL BUSINESS ADMINISTRATION<br>500 W MADISON ST #1150<br>CHICAGO, IL 60661 | Unsecured | | $0.00 | $1,676,343.75 | $1,676,343.75 |
| 11<br>350<br>7200 | SOUTHERN WINE & SPIRITS OF<br>AMERICA INC A CORPORATION<br>C/O GARWACKI & ASSOCIATES<br>631 S OLIVE STREET SUITE 120<br>LOS ANGELES, CA 90014 | Unsecured | | $0.00 | $12,078.98 | $12,078.98 |
| 6<br>400<br>4110 | BANK OF AMERICA N. A.<br>BANK OF AMERICA, N.A.<br>ATTN: BANKRUPTCY DEPT.,<br>MAIL STOP CA6-919-01-23<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065 | Secured | | $0.00 | $64,294.62 | $64,294.62 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-49205-TAB  
Debtor Name: RICK J LATTANZIO  
Claims Bar Date: 5/28/2014  
Date: November 17, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 400 4110 | BRENDA LATTANZIO 713 BLACKWELL DAIRY ROAD JASPER, AL 35504 | Secured | | $0.00 | $47,000.00 | $47,000.00 |
| 9 400 4110 | CHRISTINE M LATTANZIO 19 W PALACE GREEN LANE OAK BROOK, IL 60523 | Secured | | $0.00 | $325,000.00 | $325,000.00 |
| 999 2300 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | Administrative | | $0.00 | $35.61 | $35.61 |
| | Case Totals | | | $0.00 | $4,576,737.78 | $4,576,737.78 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-49205
Case Name: RICK J LATTANZIO
Trustee Name: N. Neville Reid, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | SKIPPERBUD'S | $ | $ | $ | $ |
| 6 | BANK OF AMERICA N. A. | $ | $ | $ | $ |
| 8 | BRENDA LATTANZIO | $ | $ | $ | $ |
| 9 | CHRISTINE M LATTANZIO | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ | $ | $ |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: Jensen Litigation Solutions | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | BRENDA LATTANZIO | $ | $ | $ |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 4 | STATE BOARD OF EQUALIZATION | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SYSCO SAN DIEGO, INC. | $ | $ | $ |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 3 | OMRI SIKLAI AND BONI SIKLAI | $ | $ | $ |
| 4 | STATE BOARD OF EQUALIZATION | $ | $ | $ |
| 5 | ZIONS FIRST NATIONAL BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | U S SMALL BUSINESS ADMINISTRATION | $ | $ | $ |
| 11 | SOUTHERN WINE & SPIRITS OF | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance                                            $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE