**Trustee Narrative for Final Report for Lattanzio Case No. 13-49205**

On May 28, 2014, Brenda Lattanzio, the Debtor's ex-wife who is representing herself as a creditor in this bankruptcy case, filed Claim numbers 7 and 8 which are duplicate claims. On October 27, 2014, Ms. Lattanzio filed with the Bankruptcy Court a letter withdrawing duplicate Claim #7. A copy of that letter is attached.

All of the secured claims listed in the TFR are receiving no distributions from the estate on account of their secured claims, as (i) the holders of those claims are retaining their collateral in satisfaction of such claims or, in the case of Brenda Lattanzio, the secured claim is already included as part of her priority unsecured claim which in any event is being paid in full, and (ii) with respect to secured creditors other than Brenda Lattanzio, based on information provided to the Trustee, the value of such secured creditors' respective collateral exceeds the value of their respective claims.

October 27, 2014

Bankruptcy Court
Northern District Of Illinois
Bankruptcy Clerk's Office
Eastern Division
219 S. Dearborn
7th Floor
Chicago, IL 60604

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 29 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - NB

RE: Case Number 13-49205

To whom it may concern,

It has been brought to my attention that I inadvertently filed twice pertaining to the same claim, identified in your system as filing #7 and filing #8.

To correct this duplication, I therefore request the court remove filing #7.

Thank you for your prompt attention. If you should have any questions, please contact me at 312.969.4400 or 205.387.4539

Kind regards,

*[signature]*

Brenda L. Lattanzio

SWORN TO AND SUBSCRIBED before me this the 27 day of October, 2014.

____Glenda Smothers____
NOTARY PUBLIC

My commission expires: June 30, 2015

Brenda L. Lattanzio          713 Blackwell Dairy Road, Jasper, AL 35504