UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-49205 |
| Rick J. Lattanzio, | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | |
| | ) | **Date: December 9, 2014** |
| | ) | **Time: 10:30 a.m.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **November 18, 2014**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 68]; **Trustee's Final Application for Compensation** [Dkt. 67]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 66], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

1

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Joseph A Baldi on behalf of Debtor Rick J Lattanzio
jabaldi@baldiberg.com, jmanola@baldiberg.com

Gary I Blackman on behalf of Creditor BONI SIKLAI
gblackman@lplegal.com, nbailey@lplegal.com

Gary I Blackman on behalf of Creditor OMRI SIKLAI
gblackman@lplegal.com, nbailey@lplegal.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Keith Levy on behalf of Creditor Bank of America, N.A.
anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com

Julia D Loper on behalf of Debtor Rick J Lattanzio
jloper@baldiberg.com

Jeffrey Snell on behalf of U.S. Trustee Patrick S Layng
jeffrey.snell@usdoj.gov

**Parties to receive notice via first-class U.S. mail postage prepaid:**

Rick J Lattanzio
420 E Waterside Drive
#2514
Chicago, IL 60601

Citimortgage, Inc.
P.O. Box 689196
Des Moines, IA 50368-9196

OMRI SIKLAI and BONI SIKLAI
c/o Gary I. Blackman
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602

Bank of America
Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Coachella Val Col Sv
44825 San Pablo
Palm Desert, CA 92261

Pentagroup Financial
5959 Corporate Dr.
Suite 1400
Houston, TX 77036

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Sarah Maxwell
@Properties
1875 N. Damen
Chicago, IL 60647

2

Bank Of America
Po Box 982235
El Paso, TX 79998

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606

Shared Marketing Services
444 N. Michigan Avenue
Suite 300
Chicago, IL 60611

Bank of America, N.A.
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Illinois Dept of Employment Securit
33 S. State St.
10th Floor
Chicago, IL 60630

Skipper Buds
Northpoint Marina
215 Northpoint Dr.
Winthrop Harbor, IL 60096

Brenda Lattanzio
713 Blackwell Dairy Road
Jasper, AL 35504

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

State of California
Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Kemper Lakes Country Club
24000 N. Old McHenry Road
Lake Zurich, IL 60047

Sysco San Diego, Inc.
Sysco San Diego - Credit Department
12180 Kirkham Road
Poway, CA 92064

CDC Small Business Finance
2448 Historical Decatur Rd
Suite 200
San Diego, CA 92106

Ladden & Allen, Chtd
150 N Michigan Avenue
Suite 3600
Chicago, IL 60601

Wyrhsr Mtg/Select Portfolio Service
Po Box 65250
Salt Lake City, UT 84165

Chase
P.o. Box 15298
Wilmington, DE 19850

LoanCare Servicing Center
P.O. Box 8068
Virginia Beach, VA 23450

Zions First National Bank
One South Main Street
Suite 500
Salt Lake City, UT 84133

Christine Lattanzio
19W280 Palace Green Lane
Unit 135
Oak Brook, IL 60523

Mercedes-Benz Financial Services
36455 Corporate Dr
Farmington Hills, MI 48331

Jeffrey Snell
Office of the United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

U S Small Business Administration
Kate O'Loughlin
c/o U S Small Business Administration
500 W Madison St #1150
Chicago, IL 60661

Southern Wine & Spirits of
America Inc a Corporation
c/o Garwacki & Associates
631 S Olive Street Suite 120
Los Angeles, CA 90014