UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RICK J LATTANZIO | § | Case No. 13-49205 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               219 S. Dearborn Street
               Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/09/2014 in Courtroom 613,
               United States Bankruptcy Court
               219 South Dearborn Street
               Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2014          By: /s/ N. Neville Reid
                                        Chapter 7 Trustee


*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| RICK J LATTANZIO | § | Case No. 13-49205 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 246,600.00 |
| and approved disbursements of | $ | 6,669.32 |
| leaving a balance on hand of[1] | $ | 239,930.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| | SKIPPERBUD'S | $ 5,117.88 | $ 5,117.88 | $ 5,117.88 | $ 0.00 |
| 6 | BANK OF AMERICA N. A. | $ 64,294.62 | $ 64,294.62 | $ 0.00 | $ 0.00 |
| 8 | BRENDA LATTANZIO | $ 47,000.00 | $ 47,000.00 | $ 0.00 | $ 0.00 |
| 9 | CHRISTINE M LATTANZIO | $ 325,000.00 | $ 325,000.00 | $ 0.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 239,930.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 15,580.00 | $ 0.00 | $ 15,580.00 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 28,995.00 | $ 0.00 | $ 28,995.00 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 1,441.84 | $ 0.00 | $ 1,441.84 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 35.61 | $ 35.61 | $ 0.00 |
| Other: Jensen Litigation Solutions | $ 769.06 | $ 769.06 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 46,016.84 |
| Remaining Balance | $ 193,913.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 179,868.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | BRENDA LATTANZIO | $ 135,400.00 | $ 0.00 | $ 135,400.00 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 36,608.42 | $ 0.00 | $ 36,608.42 |
| 4 | STATE BOARD OF EQUALIZATION | $ 7,859.61 | $ 0.00 | $ 7,859.61 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 179,868.03 |
| Remaining Balance | $ 14,045.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,220,213.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SYSCO SAN DIEGO, INC. | $ 2,661.33 | $ 0.00 | $ 16.84 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 3,663.37 | $ 0.00 | $ 23.18 |
| 3 | OMRI SIKLAI AND BONI SIKLAI | $ 796,491.08 | $ 0.00 | $ 5,038.87 |
| 4 | STATE BOARD OF EQUALIZATION | $ 3,196.10 | $ 0.00 | $ 20.22 |
| 5 | ZIONS FIRST NATIONAL BANK | $ 1,414,201.13 | $ 0.00 | $ 8,946.70 |

Total to be paid to timely general unsecured creditors            $            14,045.81

Remaining Balance                                                 $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,688,422.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | U S SMALL BUSINESS ADMINISTRATION | $ 1,676,343.75 | $ 0.00 | $ 0.00 |
| 11 | SOUTHERN WINE & SPIRITS OF | $ 12,078.98 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors            $                 0.00

Remaining Balance                                                $                 0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/ N. Neville Reid
               Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-49205-TAB
Rick J Lattanzio  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: cgreen              Page 1 of 2                  Date Rcvd: Nov 20, 2014
                            Form ID: pdf006          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2014.
```
db          +Rick J Lattanzio,    420 E Waterside Drive,    #2514,    Chicago, IL 60601-8013
21371084   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21371086    Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
21371085   +Bank of America,    Correspondence Unit/CA6-919-02-41,    Po Box 5170,
             Simi Valley, CA 93062-5170
21465100    Bank of America, N.A.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
             Columbus, OH 43216-5028
21955065   +Bank of America, N.A.,    Attn: Bankruptcy Dept.,,    Mail Stop CA6-919-01-23,    400 National Way,
             Simi Valley, CA 93065-6414
21371087   +Brenda Lattanzio,    713 Blackwell Dairy Road,    Jasper, AL 35504-8427
21371089   +CDC Small Business Finance,    2448 Historical Decatur Rd,    Suite 200,
             San Diego, CA 92106-6116
21371088   +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21371090   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
21371091   +Christine Lattanzio,    19W280 Palace Green Lane,    Unit 135,    Oak Brook, IL 60523-1038
22150647    Christine M Lattanzio,    19 W Palace Green Lane,    Oak Brook, IL 60523
21371092    Citimortgage, Inc.,    P.O. Box 689196,    Des Moines, IA 50368-9196
21401222    Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
21371094   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
             CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60606)
21667062    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
             Chicago, IL 60664-0338
21371095   +Illinois Dept of Employment Securit,    33 S. State St.,    10th Floor,    Chicago, IL 60603-2808
21415423   +Kemper Lakes Country Club,    24000 N. Old McHenry Road,    Lake Zurich, IL 60047-8922
21371097   +Ladden & Allen, Chtd,    150 N Michigan Avenue,    Suite 3600,    Chicago, IL 60601-7572
21371098   +LoanCare Servicing Center,    P.O. Box 8068,    Virginia Beach, VA 23450-8068
21371099   ++MERCEDES BENZ FINANCIAL SERVICES,    13650 HERITAGE PARKWAY,    FORT WORTH TX 76177-5323
             (address filed with court: Mercedes-Benz Financial Services,    36455 Corporate Dr,
               Farmington Hills, MI 48331)
21544964   +OMRI SIKLAI and BONI SIKLAI,    c/o Gary I. Blackman,    Levenfeld Pearlstein, LLC,
             2 North LaSalle Street, Suite 1300,    Chicago, Illinois 60602-3709
21371100   +Omari Siklai & Boni Siklai,    % Levenfeld Pearlstein,    2 N LaSalle Street,
             Chicago, IL 60602-3702
21371101   #+Pentagroup Financial,    5959 Corporate Dr.,    Suite 1400,    Houston, TX 77036-2311
21371102   +Shared Marketing Services,    444 N. Michigan Avenue,    Suite 300,    Chicago, IL 60611-3989
21371103   +Skipper Buds,    Northpoint Marina,    215 Northpoint Dr.,    Winthrop Harbor, IL 60096-1351
22350054   +Southern Wine & Spirits of,    America Inc a Corporation,    c/o Garwacki & Associates,
             631 S Olive Street Suite 120,    Los Angeles, CA 90014-3639
21371104    State Board of Equalization,    Special Operations Branch, MIC:55,    PO Box 942879,
             Sacramento, CA 94279-0055
22014694    State of California,    Board of Equalization,    P O BOX 942879,    Sacramento, CA 94279-0001
22200072   +U S Small Business Administration,    Kate O'Loughlin,    c/o U S Small Business Administration,
             500 W Madison St #1150,    Chicago, IL 60661-2566
22014711   +U.S. Small Business Administration,    801 R. Street, Suite 101,    Fresno, CA 93721-2365
21371106   +Wyrhsr Mtg/Select Portfolio Service,    Po Box 65250,    Salt Lake City, UT 84165-0250
21371107  ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
             SALT LAKE CITY UT 84130-0709
             (address filed with court: Zions First National Bank,    Legal Services UT ZB11 0877,
               POB 30709,    Salt Lake City, UT 84130)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21371093   +E-mail/Text: sara@cvcollection.com Nov 21 2014 12:24:46      Coachella Val Col Sv,
             44825 San Pablo,    Palm Desert, CA 92260-3574
21371096    E-mail/Text: cio.bncmail@irs.gov Nov 21 2014 12:23:19      Internal Revenue Service,
             PO Box 7346,    Philadelphia, PA 19101-7346
21371105   +E-mail/Text: dugan.shelley@sd.sysco.com Nov 21 2014 12:23:29      Sysco San Diego, Inc.,
             Sysco San Diego - Credit Department,    12180 Kirkham Road,    Poway, CA 92064-6879
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Fox, Swibel, Levin & Carroll, LLP
21415424*      +Ladden & Allen, Chtd,    150 N Michigan Avenue,    Suite 3600,    Chicago, IL 60601-7572
21415425*     ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
                SALT LAKE CITY UT 84130-0709
                (address filed with court: Zions First National Bank,    One South Main Street,    Suite 500,
                  Salt Lake City, UT 84133)
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: cgreen            Page 2 of 2          Date Rcvd: Nov 20, 2014
                              Form ID: pdf006         Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2014                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2014 at the address(es) listed below:

```
          Gary I Blackman    on behalf of Creditor OMRI  SIKLAI gblackman@lplegal.com,   nbailey@lplegal.com
          Gary I Blackman    on behalf of Creditor BONI  SIKLAI gblackman@lplegal.com,   nbailey@lplegal.com
          Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
          Joseph A Baldi    on behalf of Debtor Rick J Lattanzio jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Julia D Loper    on behalf of Debtor Rick J Lattanzio jloper@baldiberg.com
          Keith  Levy    on behalf of Creditor   Bank of America, N.A.
           anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
          N. Neville Reid    nreid@fslc.com,   nreid@ecf.epiqsystems.com
          N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,   nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ryan T Schultz    on behalf of Trustee N. Neville Reid rschultz@fslc.com,   bkdocket@fslc.com,
           abouse@fslc.com
                                                                                             TOTAL: 10
```