UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
RICK J LATTANZIO § Case No. 1:13-49205-TAB
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/ N. Neville Reid, Trustee_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. P.O. Box 689196 Des Moines, IA 50368-9196 | | | | | |
| | LoanCare Servicing Center P.O. Box 8068 Virginia Beach, VA 23450 | | | | | |
| | Skipper Buds Northpoint Marina 215 Northpoint Dr. Winthrop Harbor, IL 60096 | | | | | |
| 9 | CHRISTINE M LATTANZIO | | | | | |
| 6 | N. A. BANK OF AMERICA | | | | | |
| | SKIPPERBUD'S | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| Jensen Litigation Solutions | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FOX SWIBEL LEVIN & CARROLL LLP | | | | | |
| FOX SWIBEL LEVIN & CARROLL LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept of Employment Securit 33 S. State St. 10th Floor Chicago, IL 60630 | | | | | |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | BRENDA LATTANZIO | | | | | |
| 7 | BRENDA LATTANZIO | | | | | |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 4 | STATE BOARD OF EQUALIZATION | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | CDC Small Business Finance 2448 Historical Decatur Rd Suite 200 San Diego, CA 92106 | | | | | |
| | CDC Small Business Finance 2448 Historical Decatur Rd Suite 200 San Diego, CA 92106 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Coachella Val Col Sv 44825 San Pablo Palm Desert, CA 92261 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Coachella Val Col Sv 44825 San Pablo Palm Desert, CA 92261 | | | | | |
| | Kemper Lakes Country Club 24000 N. Old McHenry Road Lake Zurich, IL 60047 | | | | | |
| | Kemper Lakes Country Club 24000 N. Old McHenry Road Lake Zurich, IL 60047 | | | | | |
| | Ladden & Allen, Chtd 150 N Michigan Avenue Suite 3600 Chicago, IL 60601 | | | | | |
| | Ladden & Allen, Chtd 150 N Michigan Avenue Suite 3600 Chicago, IL 60601 | | | | | |
| | Mercedes-Benz Financial Services 36455 Corporate Dr Farmington Hills, MI 48331 | | | | | |
| | Mercedes-Benz Financial Services 36455 Corporate Dr Farmington Hills, MI 48331 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Omari Siklai & Boni Siklai % Levenfeld Pearlstein 2 N LaSalle Street Chicago, IL 60602 | | | | | |
| | Pentagroup Financial 5959 Corporate Dr. Suite 1400 Houston, TX 77036 | | | | | |
| | Pentagroup Financial 5959 Corporate Dr. Suite 1400 Houston, TX 77036 | | | | | |
| | Sysco San Diego, Inc. Attn: Kathleen Rodriguez 12180 Kirkham Road Poway, CA 92064 | | | | | |
| | Wyrhsr Mtg/Select Portfolio Service Po Box 65250 Salt Lake City, UT 84165 | | | | | |
| | Wyrhsr Mtg/Select Portfolio Service Po Box 65250 Salt Lake City, UT 84165 | | | | | |
| | Zions First National Bank One South Main Street Suite 500 Salt Lake City, UT 84133 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 3 | OMRI SIKLAI AND BONI SIKLAI | | | | | |
| 4 | STATE BOARD OF EQUALIZATION | | | | | |
| 1 | SYSCO SAN DIEGO, INC. | | | | | |
| 5 | ZIONS FIRST NATIONAL BANK | | | | | |
| 11 | SOUTHERN WINE & SPIRITS OF | | | | | |
| 10 | U S SMALL BUSINESS ADMINISTRATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-49205 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICK J LATTANZIO | | | | Date Filed (f) or Converted (c): | 12/30/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 06/12/2015 | | | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE - Chicago, IL<br><br>420 E Waterside Drive, #2514, Chicago, IL 60601 and parking space Debtor's residence. | 830,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - Oak Brook, IL<br><br>19W280 Palace Green, Oak Brook, IL 60523 Debtor on deed to property along with ex-wife Christine M. Lattanzio as joint tenants. Debtor is holding his tenancy in trust for Christine subject to provisions of Marital Settlement Agreement which states that Christine shall have exclusive possession until the sale of the property and that Christine retains all proceeds of any sale. Market value $257,000.00 - Not property of the Estate.<br><br>[Held in trust pending sale pursuant to marital settlement agreement] | 0.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 320.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS<br><br>Household furniture at Chicago Condo | 750.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES<br><br>misc. books and records | 250.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL<br><br>normal wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY<br><br>3 watches | 150.00 | Unknown | | 0.00 | FA |
| 8. INSURANCE POLICIES<br><br>Protective Life term policy expiring on 12/31/2013 $300,000. No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 9. PARTNERSHIPS<br><br>Shared Marketing Services, Inc. - 60% of outstanding stock - company assets sold in chapter 11. | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-49205 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICK J LATTANZIO | | | | Date Filed (f) or Converted (c): | 12/30/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2014 |
| For Period Ending: | 06/12/2015 | | | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. BOATS AND ACCESSORIES  2002 Sea Ray boat 380 Sundancer - in storage. | 94,741.00 | 79,882.12 | | 85,000.00 | FA |
| 11. OTHER MISCELLANEOUS - 2014 Tax Refund  2014 Income tax refund. Estimate $10,000.00. | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. OTHER MISCELLANEOUS - Kemper Lakes Country Club  Kemper Lakes Country Club membership. Market value $5,000 less costs of sale net $3500. Monthly dues of $757.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. VOID                (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. Financial Accounts (u)  Per Settlement Agreement between Debtor, Michael Lattanzio and the Trustee re: funds in the Fifth Third Bank Accounts. | Unknown | 89,600.00 | | 89,600.00 | FA |
| 15. VEHICLE (u)  Per Settlement Agreement between Craig Braham and the Trustee re: 2010 Masserati Granturismo. | Unknown | 72,000.00 | | 72,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $941,711.00   $241,482.12   $246,600.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case status April 2015: TFR approved, creditor distributions made, preparing TDR.

Initial Projected Date of Final Report (TFR): 12/30/2015       Current Projected Date of Final Report (TFR): 12/31/2014

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-49205 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: RICK J LATTANZIO | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5245 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4893 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 06/12/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/19/14 | 10 | CHASE / SCOTT STURGES scott@dreamsoft3d.com[Remitter: Scott Sturges] | Sale of Sea Ray Boat | 1129-000 | $85,000.00 | | $85,000.00 |
| 03/21/14 | 300001 | JIM WARDLOW SkipperBud's215 North Point Dr.Winthrop Harbor, IL 60096847.872.3200 x1035 | Storage of Sea Ray Boat Invoice No. 03704 dated 3-21-14 for Winter Storage from 11-22-13 and Late Fees totalling $5,117.88. | 4210-000 | | $5,117.88 | $79,882.12 |
| 04/07/14 | 300002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $35.61 | $79,846.51 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.51 | $79,795.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.80 | $79,680.20 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.46 | $79,561.74 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.47 | $79,447.27 |
| 07/23/14 | 300003 | Jensen Litigation Solutions 180 North LaSalle Street, Suite 2800 Chicago, IL 60601 | Invoice # 294067, Job No. 121228, Job Date: 6-5-2014 Certified Transcript, Attendance and Electronic PDF - Client/Matter 05659-02 | 2990-000 | | $769.06 | $78,678.21 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.86 | $78,560.35 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.80 | $78,443.55 |
| | | | Page Subtotals: | | $85,000.00 | $6,556.45 | |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-49205 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: RICK J LATTANZIO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5245 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/12/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/14 | 14 | Baldi Berg, LTD<br>IOLTA Account<br>20 N. Clark Street #200<br>Chicago, IL 60602 | Per Settlement Agreement between Lattanzios, Braham and Trustee | 1229-000 | $89,000.00 | | $167,443.55 |
| 10/02/14 | 15 | Craig D. Braham<br>Maria C. B. Braham<br>1309 N. Greenview Avenue, Unit 1<br>Chicago, IL | Settlement payment by Craig Braham | 1229-000 | $72,000.00 | | $239,443.55 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.87 | $239,330.68 |
| 10/08/14 | 14 | Michael Lattanzio<br>420 E. Waterside Drive<br>#2514<br>Chicago, IL 60601 | Per Settlement Agreement between Lattanzios, Braham and Trustee | 1229-000 | $600.00 | | $239,930.68 |
| 12/09/14 | 300004 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $15,580.00 | $224,350.68 |
| 12/09/14 | 300005 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street - Suite 3000<br>Chicago, IL 60606 | Distribution | | | $30,436.84 | $193,913.84 |
| | | FOX SWIBEL LEVIN & CARROLL LLP | Final distribution representing a payment of 100.00 % per court order. ($28,995.00) | 3110-000 | | | |
| | | FOX SWIBEL LEVIN & CARROLL LLP | Final distribution representing a payment of 100.00 % per court order. ($1,441.84) | 3120-000 | | | |
| 12/09/14 | 300006 | BRENDA LATTANZIO<br>713 BLACKWELL DAIRY ROAD<br>JASPER, AL 35504 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5100-000 | | $116,800.00 | $77,113.84 |
| 12/09/14 | 300007 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Distribution | | | $13,630.72 | $63,483.12 |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($13,538.36) | 5800-000 | | | |
| | | | Page Subtotals: | | $161,600.00 | $176,560.43 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-49205 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: RICK J LATTANZIO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5245 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/12/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 2 representing a payment of 2.51 % per court order. | ($92.36) | 7100-000 | | | |
| 12/09/14 | 300008 | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH, MIC:55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | Distribution | | | | $7,939.81 | $55,543.31 |
| | | STATE BOARD OF EQUALIZATION | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($7,859.61) | 5800-000 | | | |
| | | STATE BOARD OF EQUALIZATION | Final distribution to claim 4 representing a payment of 2.51 % per court order. | ($80.20) | 7100-000 | | | |
| 12/09/14 | 300009 | SYSCO SAN DIEGO, INC. Sysco San Diego - Credit Department 12180 Kirkham Road Poway, CA  92064 | Final distribution to claim 1 representing a payment of 2.51 % per court order. | | 7100-000 | | $66.79 | $55,476.52 |
| 12/09/14 | 300010 | OMRI SIKLAI AND BONI SIKLAI C/O GARY I. BLACKMAN LEVENFELD PEARLSTEIN, LLC 2 NORTH LASALLE STREET, SUITE 1300 CHICAGO, ILLINOIS 60602 | Final distribution to claim 3 representing a payment of 2.51 % per court order. | | 7100-000 | | $19,987.66 | $35,488.86 |
| 12/09/14 | 300011 | ZIONS FIRST NATIONAL BANK LEGAL SERVICES UT ZB11 0877 POB 30709 SALT LAKE CITY, UT 84130 | Final distribution to claim 5 representing a payment of 2.51 % per court order. | | 7100-000 | | $35,488.86 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $246,600.00 | $246,600.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $246,600.00 | $246,600.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $246,600.00 | $246,600.00 |

Page Subtotals:  $0.00   $63,483.12

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5245 - Checking Account (Non-Interest Earn | $246,600.00 | $246,600.00 | $0.00 |
|  | $246,600.00 | $246,600.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $246,600.00 |
| Total Gross Receipts: | $246,600.00 |

Page Subtotals:  $0.00   $0.00